■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEAL JOHN, Appellant. [785 NYS2d 336]—Appeal by the defendant

from a judgment of the Supreme Court, Queens County (Donnino, J.), rendered June 5, 2003, convicting him of robbery in the second degree and criminal possession of stolen property in the fifth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Krausman, J.P., Goldstein, Luciano and Fisher, JJ., concur.